SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>            Plaintiff,<br><br>     vs.<br><br>PARQUE PLAZA ASSOCIATES, et al.,<br><br>            Defendants. | Case No. **2:11-cv-00597-FCD-DAD**<br><br>**ORDER FOR DISMISSAL OF JOHN P. BLEDSOE; and ROSEMARY F. BLEDSOE**<br><br>Case to Remain Open with Remaining Defendants |

     IT IS HEREBY ORDERED THAT Defendants John P. Bledsoe and Rosemary F. Bledsoe are hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Dated: July 20, 2011                 _____
                                      FRANK C. DAMRELL, JR.
                                      UNITED STATES DISTRICT JUDGE

1